AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Daniel Benefield and Deborah Benefield

                        Plaintiff (s),

V.

JPMorgan Chase Bank, N.A., et al.

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-CV-01459-PJH

Notice is hereby given that, subject to approval by the court, Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-7 substitutes
(Party (s) Name)

Stephanie A. Wraight , State Bar No. 261025 as counsel of record in
(Name of New Attorney)

place of Theodore E. Bacon (SBN 115395); Catherine S. Meulemans (SBN 146276).
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Locke Lord LLP
    Address: 44 Montgomery Street, Suite 4100, San Francisco, California 94104
    Telephone: 415-318-8810  Facsimile 415-676-5816
    E-Mail (Optional): swraight@lockelord.com

I consent to the above substitution.

Date: April ___, 2014

Scott Hanson
(Signature of Party (s))
Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-7 by SPS, its servicing agent and attorney in fact

I consent to being substituted.

Date: April ___, 2014

(Signature of Former Attorney (s))
Catherine S. Meulemans

I consent to the above substitution.
Date: April 25, 2014

/s/ Stephanie A. Wraight
(Signature of New Attorney)
Stephanie A. Wraight

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/19/14

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com