UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL BENEFIELD, et al.,

    Plaintiffs,

    v.

BRYCO FUNDING INC., et al.,

    Defendants.
_____/

No. C 14-1459 PJH

**ORDER**

    The defendant J.P. Morgan Bank, N.A. (identified as "successor in interest to Washington Mutual Bank"), which appears to be the same entity as defendant JPMorgan Chase Bank, N.A. (identified as "formerly known as Washington Mutual Bank"), is hereby DISMISSED for the reasons stated in the court's August 14, 2014 order dismissing the moving defendants.  Alternatively, J.P. Morgan Bank, N.A. is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: August 18, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge